FILED - GR
December 17, 2025 9:55 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: JW /12-18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　　v.

NKECHY EZEH,

　　　　　Defendant.
_____/

1:25-cr-177
Hala Y. Jarbou
Chief U.S. District Judge

**FELONY INFORMATION**

The United States Attorney charges:

**General Allegations**

At all times material to this Felony Information:

1. Early Learning Neighborhood Collaborative ("ELNC") was a Michigan nonprofit organization under Section 501(c)(3) of the Internal Revenue Code with its principal place of business in Grand Rapids, Michigan.

2. ELNC applied for and obtained grants from the U.S. Department of Health and Human Services Early Head Start Program, the U.S. Department of Education, and other public and private sources (the "Grantors"). At various times, ELNC used the money obtained from these grants to fund early learning education centers in Grand Rapids, Kalamazoo, and Battle Creek, Michigan.

3. The Defendant, NKECHY EZEH possessed a Doctor of Education degree, was the Founder and CEO of ELNC, and was an agent of ELNC who was authorized to act on its behalf.

4. NKECHY EZEH reported to the ELNC Board of Directors and was responsible for ensuring accurate and timely communication with the ELNC Board and its Committees. Her duties included the day-to-day management of ELNC, ensuring that all grant requirements were followed, ensuring that all contracts met ELNC's operational and fiscal requirements, and

ensuring that ELNC met its annual budgets.

5. ELNC's Finance Policies and Procedures prohibited (a) fraud, including theft, embezzlement, and misappropriation of ELNC assets; (b) the authorization and receipt of payments for goods not received and services not performed; (c) the authorization and receipt of payment for hours not worked; and (d) the forgery and alteration of documents, including checks, contracts, purchase orders and reports.

6. ELNC's Bylaws required NKECHY EZEH to disclose any real or potential conflicts of interest to ELNC's Board of Directors.

7. NKECHY EZEH was sole proprietor of PONA Consulting L3C, a Michigan low-profit limited liability company.

## COUNT 1
### (Conspiracy to Commit Wire Fraud)

1. The General Allegations above are hereby incorporated in this Count.

2. From in or about 2017 through in or about 2023, in the Southern Division of the Western District of Michigan,

### NKECHY EZEH

did knowingly conspire, confederate and agree with persons known and unknown to the Grand Jury to devise a scheme and artifice to defraud ELNC and its Grantors to obtain approximately $1.4 million by means of materially false and fraudulent pretenses and representations and concealment of material facts using wire communications in interstate and foreign commerce.

### OBJECT, MEANS, AND METHODS

3. The object of the conspiracy was for NKECHY EZEH and other members of the conspiracy to unlawfully enrich themselves by defrauding ELNC and its grantors.

4. As part of the conspiracy, NKECHY EZEH directed Sharon Killebrew, ELNC's

Director of Finance and Administration, to generate approximately $470,100.00 in fictitious invoices for goods and services never received by ELNC and submit them to her for approval. NKECHY EZEH approved the invoices on behalf of ELNC, causing ELNC to disburse fraudulent payments in grant money to Sharon Killebrew or her contracting business, Shared Blessings. At NKECHY EZEH's direction, Killebrew kept a portion of the embezzled money for herself and sent the remainder to NKECHY EZEH, PONA Consulting (her limited liability company), and other individuals at NKECHY EZEH's direction.

5. As part of the conspiracy, NKECHY EZEH directed Sharon Killebrew to generate approximately $536,235 in fictitious invoices payable to various individuals and entities for goods and services never received by ELNC and submit them to her for approval. NKECHY EZEH approved the invoices on behalf of ELNC, causing ELNC to disburse fraudulent payments in grant money to the various individuals and entities. At NKECHY EZEH's direction, the various individuals and entities sent the misappropriated money to individuals located in Nigeria.

6. In or about April 2022, NKECHY EZEH created a Michigan non-profit corporation, Early Years Coalition ("EYC"). As part of the conspiracy, and to conceal her involvement in EYC from ELNC and its Board of Directors, NKECHY EZEH directed Sharon Killebrew to incorporate EYC and register it with the State of Michigan's Department of Licensing and Regulatory Affairs using the stolen identities of three individuals and listing those individuals as the incorporators.

7. In or about May 2022, NKECHY EZEH caused a bank account to be opened at Fifth Third Bank on behalf of EYC, using the forged signature of one of the purported EYC incorporators.

8. As part of the conspiracy, NKECHY EZEH directed Sharon Killebrew to pay EYC

$227,840 in ELNC grant money between in or about May 2022 and in or about August 2022, ostensibly to run preschools. In truth and fact, EYC did not operate preschools in the six months it was operational.

9. As part of the conspiracy, NKECHY EZEH caused EYC to pay $212,553.84 to herself, PONA Consulting (her limited liability company), and various other individuals and entities at her direction for work they did not perform. NKECHY EZEH caused many of these payments to be made with checks containing the forged signature of one of the purported EYC incorporators.

10. In or about August 2022, NKECHY EZEH created a new Michigan corporation, Global Open Learning and Development Preschools ("GOLD"), to run two preschools in Grand Rapids, Michigan. As part of the conspiracy, and to conceal her involvement in GOLD from ELNC and its Board of Directors, NKECHY EZEH directed Sharon Killebrew to incorporate GOLD and register it with the State of Michigan's Department of Licensing and Regulatory Affairs using the stolen identities of three individuals. GOLD was never registered as a nonprofit organization under Section 501(c)(3) of the Internal Revenue Code.

11. As part of the conspiracy, in or about October 2022, NKECHY EZEH caused a bank account to be opened at Fifth Third Bank on behalf of GOLD.

12. As part of the conspiracy, NKECHY EZEH directed Sharon Killebrew to pay GOLD with ELNC grant money. Between in or about November 2022 and in or about May 2023, NKECHY EZEH caused GOLD to fraudulently pay $165,700 to herself, PONA Consulting, and other individuals and entities for goods and services they did not perform.

13. To avoid paying taxes on the payments she received from ELNC, EYC, and GOLD, Defendant directed Killebrew and others not to reflect the payments as income to her on IRS

Forms W-2 and 1099.

14.     From in or about 2021 through in or about May 2023, NKECHY EZEH caused ELNC to pay for personal travel for herself and others not connected to her work with ELNC, including for trips to Liberia, Nigeria and Hawaii. NKECHY EZEH also caused ELNC to pay for expensive travel upgrades to Business and First Class. As part of the conspiracy, NKECHY EZEH directed Sharon Killebrew to make the payments.

15.     From in or about 2022 through in or about May 2023, NKECHY EZEH caused ELNC to pay her for gas and mileage for local travel, even though she received a car allowance and was not entitled to reimbursement for those items. As part of the conspiracy, NKECHY EZEH directed Sharon Killebrew to make the payments.

16.     It was part of the conspiracy that NKECHY EZEH and her co-conspirators transmitted and caused to be transmitted wire communications that traveled in interstate and foreign commerce.

**18 U.S.C. § 1349**
**18 U.S.C. § 1343**

## COUNT 2
### (Attempt to Evade and Defeat Federal Income Tax)

1. The General Allegations are incorporated herein.

2. In or about October 2023, in the Southern Division of the Western District of Michigan, the Defendant,

**NKECHY EZEH,**

willfully attempted to evade and defeat a large part of the income tax due and owing by her to the United States of America for the calendar year of 2022, in the amount of approximately $73,069.00 by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which omitted unreported income she diverted from ELNC.

**26 U.S.C. § 7201**

## FORFEITURE ALLEGATION
### (Conspiracy to Commit Wire Fraud and Wire Fraud)

The General Allegations and allegations in Count 1 of this Felony Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 981(a)(1)(C), upon conviction of the violation of 18 U.S.C. §§ 1349 and 1343 set forth in this Felony Information, the Defendant,

**NKECHY EZEH,**

shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the violation. The property to be forfeited includes, but is not limited to, the following:

1. MONEY JUDGMENT: A sum of money equal to $1,193,900, which represents the proceeds obtained, directly or indirectly, from the offense charged in Count 1 of the Felony Information; and

2. SUBSTITUTE ASSETS: If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)
21 U.S.C. § 853(p)
18 U.S.C. § 1349
18 U.S.C. § 1343

Dated: December 17, 2025

TIMOTHY VERHEY
United States Attorney

*/s/ Clay Stiffler*

CLAY STIFFLER
Assistant United States Attorney